UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTOPHER PERKINS,   CIVIL NO. 14-3426 (ADM/JSM)

    Petitioner,

v.   ORDER

WARDEN JETT,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner Christopher Perkin's petition for a writ of habeas corpus [Docket No. 1] is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 9, 2014

                                        s/Ann D. Montgomery
                                        ANN D. MONTGOMERY
                                        Chief United States District Judge